**Exhibit 1**

**Copyright Registration**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-660

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

     **Title of Work:** Bunny Hinge Head

## Completion/Publication

     **Year of Completion:** 2024
    **Date of 1st Publication:** January 15, 2024
    **Nation of 1st Publication:** United States

## Author

        **•   Author:** Colette Sweeny
     **Author Created:** sculpture
        **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Colette Sweeny
           11 Elm Street, Hicksville, NY, 11801, United States

## Certification

        **Name:** Daniel Lachman
         **Date:** November 12, 2024

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-571

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 15, 2025

---

## Title

**Title of Work:** Cat Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 30, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-625

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 15, 2025

---

## Title

**Title of Work:** Dog Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 08, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-626

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 15, 2025

---

## Title

**Title of Work:** Dragon Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 14, 2024
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-326

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 13, 2025

---

## Title

**Title of Work:** Flower Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 13, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
**Author Created:** sculpture
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-429-658**

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
January 24, 2025

---

### Title

**Title of Work:** Frog Hinge Head

### Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 28, 2024
**Nation of 1st Publication:** United States

### Author

**Author:** Colette Sweeny
**Author Created:** sculpture
**Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

### Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024

Page 1 of 1





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-656

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Gnome Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 22, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024

---

Page 1 of 1

Case: 1:25-cv-10852 Document #: 1-1 Filed: 09/09/25 Page 15 of 21 PageID #:27



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-252

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 13, 2025

---

## Title

**Title of Work:** Mushroom Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 02, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-442

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 14, 2025

---

## Title

**Title of Work:** Plant Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 06, 2024
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024

Page 1 of 1



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-627

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 15, 2025

---

## Title

**Title of Work:** Snail Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 16, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024

