IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Colette Sweeny ) | |
| ) | Case No. 25-cv-10852 |
| v. ) | |
| ) | Judge: Hon. Thomas M. Durkin |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey T. Gilbert |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order on an action arising out of Copyright Infringement under the Federal Copyright Act, 17 U.S.C. §504. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: October 31, 2025        Respectfully submitted,

                          By:    s/David Gulbransen/
                                David Gulbransen
                                Attorney of Record

                                David Gulbransen (#6296646)
                                Law Office of David Gulbransen
                                805 Lake Street, Suite 172
                                Oak Park, IL 60302
                                (312) 361-0825 p.
                                (312) 873-4377 f.
                                david@gulbransenlaw.com